1
2
3
4
5
6
7
8
9
10
11
12

# United States District Court
# Central District of California

13
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| JENIFER KAPLAN,<br><br>           Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; TRANS UNION, LLC; HERBERT<br>P. SEARS CO., INC; CITIBANK, N.A.;<br>GE CAPITAL RETAIN BANK; DFS<br>SERVICES, LLC; AMERICAN<br>EXPRESS CENTURION BANK;<br>SPRINGLEAF FINANCIAL SERVICES,<br>INC.; S.O.S. LOANS, INC.,<br><br>           Defendants. | Case No. 2:14-cv-08875-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

26
27
28

      In light of the Notice of Settlement (ECF No. 23), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, March 2, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and

deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 2, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**