1
2
3
4
5
6
7
8
9
10
11
12

# United States District Court
# Central District of California

13
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| JENIFER KAPLAN,<br><br>           Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; HERBERT P. SEARS CO., INC; CITIBANK, N.A.; GE CAPITAL RETAIN BANK; DFS SERVICES, LLC; AMERICAN EXPRESS CENTURION BANK; SPRINGLEAF FINANCIAL SERVICES, INC.; S.O.S. LOANS, INC.,<br><br>           Defendants. | Case No. 2:14-cv-08875-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

26
27
28

     In light of the Notice of Settlement (ECF No. 23), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, March 2, 2015**, why settlement with Defendant Herbert P. Sears Co., Inc., has not been finalized.  No

hearing will be held.  All other dates and deadlines in this action related to Defendant Herbert P. Sears Co., Inc., are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 2, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**