# United States District Court
# Central District of California

| | |
|---|---|
| JENIFER KAPLAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; HERBERT P. SEARS CO., INC.; CITIBANK, N.A.; GE CAPITAL RETAIL BANK; DFS SERVICES LLC; AMERICAN EXPRESS CENTURION BANK; SPRINGLEAF FINANCIAL SERVICES, INC.; S.O.S. LOANS, INC.,<br><br>            Defendants. | Case No. 2:14-cv-08875-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

     In light of the Notice of Settlement with Defendant AMERICAN EXPRESS CENTURION BANK (ECF No. 29), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, March 16, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this

action related to AMERICAN EXPRESS CENTURION BANK are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 20, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**