**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JENIFER KAPLAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK (USA) N.A.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; EXPERIAN INFORMATION<br>SOLUTIONS INC.; TRANS UNION<br>LLC; HERBERT P. SEARS CO., INC;<br>CITIBANK, N.A.; GE CAPITAL<br>RETAIL BANK; DFS SERVICES LLC;<br>AMERICAN EXPRESS CENTURION<br>BANK' SPRINGLEAF FINANCIAL<br>SERVICES, INC.; AND, S.O.S. LOANS,<br>INC.<br><br>          Defendants. | Case № 2:14-cv-08875-ODW (PLAx)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS [37]** |

On November 14, 2014, Jenifer Kaplan filed the instant action against multiple Defendants, including Citibank, N.A. ("Citibank"), for alleged violations of federal and state debt collection laws.  (ECF No. 1.)  On January 23, 2015, Citibank filed a

Motion to Dismiss Kaplan's Complaint. (ECF No. 37.) On February 2, 2015, before the Court decided Citibank's Motion to Dismiss, Plaintiff amended her Complaint. (ECF No. 49.) Plaintiff's First Amended Complaint ("FAC") contains a revised set of defendants but still includes Citibank. (*Id.*) On February 27, 2015, Citibank answered Plaintiff's FAC. (ECF No. 60.) Because Plaintiff's FAC is now the operative pleading, Citibank's Motion to Dismiss the *original* Complaint is moot. Furthermore, the Court finds Citibank's single-paragraph prayer for dismissal of the FAC contained in its Answer insufficient grounds for dismissal. (*Id.*)

For the reasons discussed above, the Court **DENIES AS MOOT** Citibank's Motion to Dismiss. (ECF No. 37.)

**IT IS SO ORDERED.**

March 20, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**